# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

CV-19-4955-PHX-DGC

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Tiffany Swanson-Cooper | Defendant | Pro Se<br>825 S Dobson #248 Mesa, AZ 85202<br>480-845-7965 |
| Brian Cooper | Defendant | Pro Se<br>825 S Dobson rd. #248 Mesa, AZ 85202<br>480-845-7965 |
| Uber Technologies Inc<br>Uber USA LLC<br>Cole Schlabach Bar No. AZ-026364<br>Mark Nadeau Bar No. AZ-011280 | Plaintiff | 2525 E Camelback RD. suite 1000 Phoenix, AZ 85016<br>DLA-Piper<br>480-606-5100 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ⦿   No ◯
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ◯   No ⦿
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Uber USA LLC | 08/07/2019 | registered agent |
| Uber Technologies Inc | 08/07/2019 | registered agent |
| CT Corp | 08/07/2019 | certified mail |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| N/A | |
| N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| Uber USA LLC | We filed all documents, pleadings, and claims under Uber Technologies Inc. Uber and counsel, defendants at that time, also filed under UTI. |
| | Uber and counsel for Uber filed a fraudulent injunction to which they never gave the now defendant any evidence but decided to proceed. |
| | The injunction was filed because the defendant has the name Uber Technologies Inc reserved. |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Brian Cooper/Tiffany Swanson-Cooper | allegations of processing an electronic payment of funds to a third party without proper authorization. |
| Brian Cooper/Tiffany Swanson-Cooper | vicarious liability stemming from an alleged tort by Uber Tech unqualified foreign entity listed as "Member" on the Manager-managed LLC. |
| Brian Cooper/Tiffany Swanson-Cooper | Fraudulent Conveyance/transfer |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**